

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00188-CR

| | | |
|---|---|---|
| Jennifer Banner Wolfe | § | From the 213th District Court |
| | § | of Tarrant County (1200447D) |
| v. | § | February 26, 2015 |
| | § | Opinion by Chief Justice Livingston |
| | § | Dissent by Justice Walker |
| The State of Texas | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
      Chief Justice Terrie Livingston